**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Angelica Marie GARCIA, Defendant–**
**Appellant.**

No. 08–50717
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 30, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western

District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Robert R. Sykes, Midland, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and ELROD, Circuit Judges.

PER CURIAM: *

Angelica Marie Garcia pleaded guilty to aiding and abetting possession of marijuana with intent to distribute and has appealed her sentence. Garcia contends that the district court erred in failing to reduce her offense level by two levels pursuant to U.S. Sentencing Guidelines Manual (U.S.S.G.) § 2D1.1(b)(11) (2007) because she met the criteria set forth in subdivisions (1) through (5) of U.S.S.G. § 5C1.2(a), the safety valve provision. Garcia has not carried her burden of showing that she has truthfully provided to the Government all of the information and evidence she has concerning the offense. *See United States v. Flanagan*, 80 F.3d 143, 146–47 (5th Cir. 1996); *see also* U.S.S.G. § 5C1.2(a)(5).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.